# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID MUNOZ, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WORLD FLAVORS, INC. and | : | |
| ON SITE PERSONNEL LLC, | : | No. 17-2350 |
|     Defendants. | : | |

## ORDER

**AND NOW**, this **30th** day of **July 2019**, upon consideration of Defendant World Flavors, Inc.'s Motion for Summary Judgment, Defendant On Site Personnel, LLC's Motions for Joinder and Summary Judgment, Plaintiff's response, and for the reasons stated in the Court's Memorandum dated July 30, 2019, it is **ORDERED** that:

1. Defendant World Flavors, Inc.'s motion (Document No. 31) is **GRANTED**.

2. Defendant On Site Personnel, LLC's motions (Document Nos. 35 and 36) are **GRANTED**.

3. Defendants' cross-claims are **DISMISSED**.

4. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**